# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0422
LT Case No. 19-CP-420

_____

WILLIAM P.C. SMITH, III,

    Appellant,

    v.

CYNTHIA HOLLINGSWORTH
AND SYLVIA ADAMS,

    Appellees.

_____

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

William P.C. Smith, III, Waverly, Georgia, pro se.

No Appearance for Appellees.

January 2, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____